**IN THE COURT OF COMMON PLEAS, TRUMBULL COUNTY, WARREN, OHIO**

# SUMMONS
*Rule 4 1995 Ohio Rules of Civil Procedure*

*received @ HR.*
*APR 15 2021*

**2021 CV 00377**

**MEGAN STANISLAW**
1721 WEST AVE NW
WARREN OH 44483
*Plaintiff(s)*

VS.

**CITY OF WARREN**
391 MAHONING AVE NW
WARREN OH 44483
*Defendant(s)*

IF APPLICABLE, SEE COMPLAINT FOR ADDITIONAL DEFENDANTS

**TO THE ABOVE NAMED DEFENDANT(S):**

YOU ARE HEREBY SUMMONED THAT A COMPLAINT (A COPY OF WHICH IS HERETO ATTACHED AND MADE A PART HEREOF) HAS BEEN FILED AGAINST YOU IN THIS COURT BY THE PLAINTIFF(S) NAMED HEREIN:

YOU ARE REQUIRED TO SERVE UPON THE PLAINTIFF(S) ATTORNEY, OR UPON THE PLAINTIFF(S) IF THEY HAVE NO ATTORNEY OF RECORD, A COPY OF YOUR ANSWER TO THE COMPLAINT *WITHIN TWENTY-EIGHT (28) DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU*, EXCLUSIVE OF THE DAY OF SERVICE. SAID ANSWER MUST BE FILED WITH THIS COURT WITHIN THREE DAYS AFTER SERVICE ON PLAINTIFF'S ATTORNEY.

THE NAME AND ADDRESS OF THE PLAINTIFF(S) ATTORNEY IS AS FOLLOWS:

~~F BENJAMIN RIEK III~~
**120 EAST MILL STREET
SUITE # 437
AKRON, OH 44308**

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

**KAREN INFANTE ALLEN
CLERK OF COURTS**

BY: CYNTHIA BEALE
*Deputy Clerk*

Date: April 13, 2021

**\*\*FYI:** *IF THIS ACTION IS A CIVIL FORECLOSURE ACTION – PLEASE REFERENCE THE "SAVE THE DREAM" INFORMATIONAL PAGES AS FOUND ON THE CLERK'S WEBSITE AT:*
clerk.co.trumbull.oh.us/civil.htm